**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| FELIX B. PRESCOTT, individually and as representative of the class, | No.    15-55935 |
| Plaintiff-Appellant, | D.C. No. 2:13-cv-08953-MWF-PLA |
| v. | |
| AMERICAN AUTOMOBILE ASSOCIATION and AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, erroneously sued under AAA Auto Club of Southern California, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Argued and Submitted February 8, 2017
Pasadena, California

Before:  GRABER, BYBEE, and CHRISTEN, Circuit Judges.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Prescott's employer terminated him from his job as a tow truck driver after a background check he authorized revealed he did not meet the defendants' requirements to serve their members.[1] Prescott's employer gave him a pre-adverse employment action notice before terminating him as required by the Fair Credit Reporting Act, but he did not receive one from defendants. *See* 15 U.S.C. § 1681b(b)(3)(A). Prescott sued, alleging in his Second Amended Complaint that he suffered an injury traceable to the denied opportunity to challenge HireRight's adjudication and defendants' background check policy. *See Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1547–50 (2016). Because Prescott received all the notice to which he was entitled, we affirm the district court's dismissal of the Second Amended Complaint.

**AFFIRMED.**

---

[1] The parties are familiar with the facts so we do not recount them here except as necessary to explain this disposition.